IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA.,

    Plaintiff,

vs.                                          CASE NO.: 4:06cv508-SPM/WCS

THE DISTRICT BOARD OF
TRUSTEES OF TALLAHASSEE
COMMUNITY COLLEGE,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the Agreed-to Motion for Dismissal with Prejudice (doc. 4), the terms of the consent decree, and Federal Rule of Civil Procedure 41(a)(2), it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 4) is granted.

2.    This case is dismissed with prejudice. Each party will bear its own costs, including attorney's fees.

DONE AND ORDERED this 28th day of March, 2007.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge